# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.A. FISCHER, S.A. DOMINGUEZ**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**STEVEN E. TEFFT**
**EQUIPMENT OPERATOR THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400166**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 31 Jan 2014.
**Military Judge:** Capt Robert Blazewick, JAGC, USN.
**Convening Authority:** Commanding Officer, U.S. Naval Mobile Construction Battalion ONE, Gulfport, MS.
**Staff Judge Advocate's Recommendation:** LT J.A. White, JAGC, USN.
**For Appellant:** CDR Christopher Roper, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**31 July 2014**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court